No. 922. CHARLES F. NEUREUTHER, PETITIONER, *v.* MINERAL POINT ZINC COMPANY. March 6, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Thomas F. Sheridan* for the petitioner. *Mr. Edward Rector* for the respondent.

No. 885. CARL ADAMSON, PETITIONER, *v.* THE UNITED STATES. March 13, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *William C. Reid* for the petitioner. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Harr* for the respondent.

No. 897. MALINDA TANNER, PETITIONER, *v.* WILLIAM H. MURPHY ET AL.; and No. 898. WILLIAM H. SHEA ET AL., PETITIONERS, *v.* WILLIAM H. MURPHY ET AL. March 13, 1911. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. B. Middlecoff* and *Mr. R. Sleight* for the petitioners. *Mr. M. H. Stanford* for the respondents.

No. 952. THE BAKER TRANSPORTATION COMPANY, PETITIONER, *v.* THE STEAM TUG "JOHN A. HUGHES," ETC. March 20, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. James J. Macklin* and *Mr. DeLagnel Berier* for the petitioner. *Mr. James Emerson Carpenter* and *Mr. Samuel Park* for the respondents.